UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Jennifer Soto v. Bayer HealthCare Pharmaceuticals Inc., et al.*    No. 13-cv-10053-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on December 31, 2015, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                        JUSTINE FLANAGAN,
                                        ACTING CLERK OF COURT

                                        BY:  /s/*Caitlin Fischer*
                                             **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.01.05 16:03:02 -06'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT